AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| Ryan Kise *Plaintiff* v. THOMAS EXCAVATING, LLC, et al., *Defendant* | ) ) ) ) ) Civil Action No. 2:23-cv-163 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff *(name)* Ryan Kise, recover from the defendant *(name)* THOMAS EXCAVATING, LLC, et al., the amount of $1,875.00 so that Plaintiff receives a total of TEN THOUSAND DOLLARS ($10,000.00) under the Settlement Agreement dollars ($ 1,875.00 ), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: The Settlement Agreement is MODIFIED so that Plaintiff's counsel shall receive FIVE THOUSAND DOLLARS ($5,000.00) as attorneys' fees and costs, rather than the Six Thousand Eight Hundred Seventy-Five Dollars ($6,875.00) set forth in Paragraph 2(c) of the Settlement Agreement.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Magistrate Deavers on a motion for _____ .

Date: 10/13/2023

CLERK OF COURT

/s/ Valerie Brown

*Signature of Clerk or Deputy Clerk*